IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLEGHENY PLASTICS, INC., as Plan Administrator,

Interpleader Plaintiff,

v.

WALTER MILTON YOST II, and

DENISE CAROLINE GARGASZ-MUELLER.

Interpleader Defendants

Civil Action No. 2:24-cv-00697-CCW

### AMENDED NOTICE OF FILING OF FOREIGN JUDGMENT

Interpleader Defendant Denise Caroline Gargasz-Mueller hereby gives notice that a Petition to Domesticate Foreign Judgment Pursuant to 28 P.C.S. §4306 has been filed on May 31, 2024, in the office the Clerk of the Court of Common Pleas of Allegheny County, pursuant to 28 P.C.S. §4306, at No. GD-24-005997, thus domesticating in Pennsylvania the Judgment for Support Payments and the Judgment for Property Payments in the total amount of $2,184,388.77, as entered by Russell T. Kirshy of the Circuit Court for the Twentieth Circuit Court in and for Collier County, Florida, in the case docketed at No. 23-DR-0823. Said filing is attached hereto as Exhibit A.

Respectfully submitted,

STANLEY M. STEIN, P.C.

*/s/ Stanley M. Stein*
Stanley M. Stein
Pa ID # 10577
445 Ft. Pitt Blvd., Suite 150
Pittsburgh, PA 15219
412-904-4573 (p)
412-904-4726 (f)
smstein@smsteinlaw.com